UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JODY ANN BAGUSS,

Plaintiff,

v. CASE NO. 8:25-cv-2102-SDM-GDP

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
___________________________________/

**ORDER**

Jody Ann Baguss challenges (Doc. 16) the Commissioner of the Social Security Administration's decision to deny Baguss's claim for supplemental security income. In a thorough and well-reasoned report (Doc. 21), Magistrate Judge Anthony E. Porcelli recommends reversing the decision of the Commissioner and remanding the matter for further proceedings. Neither party objects to the magistrate's report.

A review of the magistrate's report reveals no error. The magistrate's recommendation is **ADOPTED**. The Commissioner's decision is **REVERSED** and under the fourth sentence of Section 405(g) the action is **REMANDED** to the Commissioner for further administrative proceedings. The clerk must enter a **JUDGMENT**

in accord with this order and close the case.

ORDERED in Tampa, Florida, on September 21, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE